

New Jersey Office
130 Pompton Avenue
Verona Nj 07044
(973) 239-4300

NYC, NY 10005
(646) 779-2746

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

Lorraine@lgrlawgroup.com
www.lgaulirufo.com
Fax: (973) 239-4310

_____

November 15, 2020

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

   Re: United States v. Branch *et al,* (Christopher Nwanko)
     <u>12 Cr 31 (VM)</u>

Dear Judge Marrero:

  I am writing this letter to respectfully request to be reappointed CJA counsel for Christopher Nwanko, the above client, to bring an emergency compassionate release motion on his behalf pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Mr. Nwanko advised me he had filed a motion earlier with Your Honor, but in light of several recent developments at Fort Dix, where he is currently detained, as well as the resurgence of COVID-19 in our area, he has asked me to seek reappointment in order to bring a renewed motion for emergency compassionate release. There are currently approximately 240 inmates and staff at Fort Dix, including Mr. Nwanko, who were recently diagnosed with COVID-19 in the last several days and/or weeks.  In addition, there are several concerns within Fort Dix regarding COVID-19 that has sparked the concern and involvement of Senators Corey Booker and Robert Menendez.   Accordingly, Mr. Nwanko has reached out to me to file a renewed motion on his behalf.  If Your Honor requires additional information to support this request, kindly advise and such will be provided. Your Honor's time and attention to this request is greatly appreciated.

          Respectfully submitted,
          s/
          Lorraine Gauli-Rufo
          Attorney for Christopher Nwanko

cc: All Counsel of Record



The request is granted. Lorraine Gauli-Rufo is reappointed CJA counsel and may submit a compassionate release motion by letter brief not to exceed three pages.

SO ORDERED.

11/16/2020
DATE            VICTOR MARRERO, U.S.D.J.