```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  - against -

CHRISTOPHER NWANKWO,

                    Defendant.

12 Cr. 31 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant Christopher Nwanko's ("Defendant") Motion to Appoint Counsel ("Motion") pursuant to the Criminal Justice Act ("CJA") for purposes of filing a motion requesting early termination of his supervised release. (Dkt. No. 1896.)

The Motion is GRANTED. Under the CJA, the Court hereby appoints Attorney Lorraine Gauli-Rufo to represent Defendant in connection with this motion.

**SO ORDERED.**

Dated:   13 December 2024
         New York, New York

_____
        Victor Marrero
           U.S.D.J.

1